# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA : | Honorable ~~Patty Shwartz~~ Katharine S. Hayden |
| v. : | Mag No. 11-3220 |
| COLIN BRATHWAITHE, : | |
| a/k/a "Dwayne Brathwaithe," and : | |
| RAY WAYNE : | CONTINUANCE ORDER |

This matter having come before the Court on the joint application of Paul J. Fishman, United States Attorney for the District of New Jersey (by Ronnell L. Wilson, Assistant U.S. Attorney), and defendant Colin Brathwaithe (by K. Anthony Thomas, Esq.), for an order granting a continuance of the proceedings in the above-captioned matter for a period of thirty days to allow the parties to conduct plea negotiations and attempt to finalize a plea agreement, and two continuances having previously been granted by the Court pursuant to Title 18, United States Code, Section 3161(h)(7)(A), for the purpose of effective preparation and so that the parties could attempt to resolve the matter and thereby avoid a possible trial, and the defendant being aware that the defendant has the right to have the matter submitted to a grand jury within thirty days of the date on which the defendant was arrested pursuant to Title 18, United States Code, Section 3161(b), and the defendant having consented to the additional continuance and waived such right, and for good cause shown,

IT IS THE FINDING OF THIS COURT that this action should be continued for the following reasons:

(1) Plea negotiations are currently in progress, and both the United States and the defendant desire additional time to negotiate a plea agreement, which would render any grand jury proceedings and any subsequent trial of this matter unnecessary; and

(2) As a result of the foregoing, pursuant to Title 18, United States Code, Section 3161(h)(7), the ends of justice served by granting the continuance outweigh the best interest of the public and the defendant in a speedy trial.

IT IS, therefore, on this 27th day of February, 2012,

ORDERED that this action be, and it hereby is, continued for a period of thirty days from March 10, 2012, through April 9, 2012; and it is further

ORDERED that the period from March 10, 2012, through April 9, 2012, shall be excludable in computing time under the Speedy Trial Act of 1974.

Hon. ~~Patty Shwartz~~ Katharine S. Hayden
United States ~~Magistrate~~ District Judge

Form and entry
consented to:

Ronnell L. Wilson
Assistant U.S. Attorney

Andrew C. Carey
Chief, Narcotics/OCDETF Unit

_____
K. Anthony Thomas, Esq.
Counsel for defendant Colin Brathwaithe